M.B.D. 05-10173-GAO

EXHIBITS TO MEMO IN SUPPORT

OF APPLICATION FOR

ORDER TO SHOW CAUSE

HAVE BEEN PLACED IN CASE FILE

DOCUMENTS ARE BOUND