UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
(Applicant)


V                                          MBD 05-10173-GAO


BLAINE THE BEAUTY CAREER SCHOOL OF BOSTON, INC and
BLAINE THE BEAUTY CAREER SCHOOL OF FRAMINGHAM, INC.
d/b/a BLAINE BEAUTY SCHOOL
(Respondent)

**ORDER**

The respondent, Blaine the Beauty Career School of Boston,Inc and Blaine the Beauty Career
School of Framingham, Inc. d/b/a Blaine Beauty School  is ordered to show cause why a
subpoena should not be enforced.

A hearing is scheduled for Wednesday, June 8, 2005 at 2:30pm in Courtroom 9 on the 3rd floor at
the John Joseph Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02210.


SO ORDERED:

May 19, 2005                                    /s/ George A. O'Toole, Jr.
                                               United States District Judge