UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                 )
         Applicant, )
                 )
                 )     MBD 05-10173-GAO
     -against- )
                 )
                 )
BLAINE THE BEAUTY CAREER )
SCHOOL OF BOSTON, INC. and BLAINE )
THE BEAUTY CAREER SCHOOL OF )
FRAMINGHAM, INC., d/b/a BLAINE )
BEAUTY SCHOOL )
                 )
         Respondent. )
                 )

## ORDER

WHEREAS a charge of discrimination was filed with the United States Equal Employment Opportunity Commission ("EEOC") (EEOC Charge No. 161-2005-00495) and served upon respondent, Blaine the Beauty Career School of Boston, Inc. and Blaine the Beauty Career School of Framingham, Inc. d/b/a Blaine Beauty School ("Blaine" or "respondent"),

WHEREAS respondent has failed to respond to requests for information directed to it by the EEOC,

WHEREAS EEOC served a subpoena (EEOC subpoena No. NY-A5-003) upon respondent on February 4, 2005 seeking compliance with its requests for information, with which respondent has failed to comply,

1

WHEREAS EEOC filed a motion with the Massachusetts Federal District Court seeking enforcement of subpoena No. NY-A5-003, and

WHEREAS respondent failed to appear for a hearing held before the Honorable Judge O'Toole in the Massachusetts Federal District Court on June 8, 2005, on the Court's order to show cause why the EEOC subpoena should not be enforced, it is hereby,

ORDERED that respondent, Blaine comply with EEOC Subpoena No. NY-A5-003 pursuant to instructions contained therein (copy attached with service) within twenty (20) days from the date of service of this Order. Failure to comply with this order will result in respondent being held in contempt of Court.

SO ORDERED: ~~June 9,~~ 2005
July 12,

Justice George A. O'Toole, Jr.
United States District Judge